IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Arlene Reitter, | : | |
| Plaintiff | : | Civil Action 2:12-cv-01011 |
| v. | : | Judge Smith |
| Bank of America, N.A., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

On April 25, 2013, counsel for appeared in person and counsel for plaintiff by telephone for a preliminary pretrial conference.

During the conference, the parties agreed to file a notice dismissing this lawsuit with prejudice as to the claim pleaded against defendants, each party to bear their own costs. The Rule 41(a)(1)(A) notice of dismissal will be filed within **14 days of the date of this Order.**

                                                                        s/Mark R. Abel
                                                                        United States Magistrate Judge